UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EDWARD POINDEXTER,  　　　　　　　　　　　　　CIVIL NO. 05-893 (JNE/JSM)

　　　　Plaintiff,

v.  　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

VIRGINIA MANDAC, et al.,

　　　　Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 31, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Entry of Default Motion [Docket No. 9] is **DENIED**;

2. Plaintiff's Motion for Default Judgment [Docket No. 10] is **DENIED**;

3. Plaintiff's Motion/Letter for Immediate Entry of Default Judgment Granting all Relief Requested in Complaint [Docket No. 14] is **DENIED**;

4. Motion for Default Judgment [Docket No. 15] is **DENIED**;

5. Plaintiff's Motion to Immediately Impose Sanctions Against Defendants [Docket No. 16] is **DENIED**; and

6. Plaintiff make effective service of the Summons and Complaint on each defendant within 60 days of this Order. For each defendant that no service is made by that date, the Complaint shall be dismissed without prejudice.

Dated: August 23, 2006

                                      s/ Joan N. Ericksen
                                      JOAN N. ERICKSEN
                                      United States District Court Judge