UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EDWARD POINDEXTER,                                 CIVIL NO. 05-893 (JNE/JSM)

    Plaintiff,

v.                                                      <u>ORDER</u>

VIRGINIA MANDAC, et al.,

    Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 30, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Dismiss Civil Rights Complaint Without Prejudice [Docket No. 28] is GRANTED.

Dated: November 21, 2006

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Court Judge